**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 13a0290n.06

**No. 12-2118**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**
*Mar 22, 2013*
DEBORAH S. HUNT, Clerk

|  |  |  |
|---|---|---|
| In re: STEVEN R. LOWE | ) | |
| | ) | |
| Debtor | ) | ON APPEAL FROM THE |
| | ) | UNITED STATES DISTRICT |
| ----------------------------- | ) | COURT FOR THE EASTERN |
| | ) | DISTRICT OF MICHIGAN |
| STEVEN R. LOWE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | | |
| | | |
| SHEEHAN & ASSOCIATES, PLC, | | |
| | | |
| Appellee. | | |

BEFORE: GILMAN, ROGERS, and SUTTON, Circuit Judges.

ROGERS, Circuit Judge. In a Chapter 7 bankruptcy action, debtor Steven R. Lowe seeks the discharge of debts owed to creditor Sheehan & Associates, PLC ("Sheehan"), a law firm. Sheehan opposes the discharge under 11 U.S.C. § 727(a)(3) because Lowe failed to keep and disclose records of payments made by Lowe's parents directly to Sheehan—which were in effect loans to Lowe—for legal services that Sheehan provided to Lowe over a ten-year period, and under § 727(a)(4)(A) because Lowe made a false statement, with fraudulent intent, on a matter material to the bankruptcy. The bankruptcy court denied discharge of Lowe's debt under both § 727(a)(3) and (a)(4), and, in a careful and well-analyzed opinion, the district court affirmed on both issues. *Sheehan & Assocs.,*

*PLC v. Lowe (In re Lowe)*, No. 12-11768, 2012 U.S. Dist. LEXIS 105871, Bankr. L. Rep. (CCH) P82, 322 (E.D. Mich. July 30, 2012).

We find no error in the district court's judgment. Because the reasons why Lowe's debt should not be discharged have been fully articulated by the district court, the issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose. Accordingly, we affirm the judgment of the district court based on the reasoning set out by that court in its order dated July 30, 2012.